UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FERNANDO ARISTOBULO ACERO, | ) |
| Petitioner, | ) CASE NO.   C04-1910RSL |
| | ) (CR02-244RSL) |
| v. | ) |
| UNITED STATES OF AMERICA, | ) ORDER DENYING MOTION |
| | ) UNDER 28 U.S.C. § 2255 |
| Respondent. | ) |

The Court, having reviewed petitioner's § 2255 motion, the Report and Recommendation of Judge Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Dkt. No. 1) is DENIED.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Benton.

DATED this 18th day of April, 2005.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Jduge

ORDER DENYING § 2255 MOTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26  ORDER DENYING § 2255 MOTION